KALANN JOHNSON #5277975
Name and Prisoner/Booking Number

Sacramento County Main Jail
Place of Confinement

~~1568~~ 1230 Egbert St. Apt #B
Mailing Address

San Francisco, CA 94124
City, State, Zip Code

**FILED**
FEB 11 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____AMC_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

KALANN R. JOHNSON,
(Full Name of Plaintiff) Plaintiff,

v.

(1) Deputy Carver, Badge #1055,
(Full Name of Defendant)
(2) SRO - Hinton, Badge #718,
(3) SGT - Jim Galovich,
(4) SGT. - A. Haynes,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-274-JDP (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento County Main Jail

## B. DEFENDANTS

1. Name of first Defendant: **Carver**. The first Defendant is employed as: **Deputy, Badge #1055** (Position and Title) at **Sacramento Main Jail** (Institution).

2. Name of second Defendant: **Hinton**. The second Defendant is employed as: **SRO-Deputy, Badge #718** (Position and Title) at **Sacramento Main Jail** (Institution).

3. Name of third Defendant: **Jim Galovich**. The third Defendant is employed as: **Sergeant** (Position and Title) at **Sacramento Main Jail** (Institution).

4. Name of fourth Defendant: **A. Haynes**. The fourth Defendant is employed as: **Sergeant** (Position and Title) at **Sacramento Main Jail** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: My right to life, liberty and happiness by means of corporeal punishment, torture.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Officer Carver - Badge #1055 slammed a 150 pound steel door on my 170 pound frame with multiple impacts while I layed on my back hands held in air peacefully requesting my daily "pro-per legal call" by means of peaceful protest. The door was slammed on my ribs, arm, and neck. I could not move due to knee being placed on my neck and back. I was trapped for a total of 3 minutes.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I suffered bruised ribs and sprained my neck and back. I also suffer anxiety attacks and nightmares due to fear of my safety.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: False imprisonment ~~torture~~ torture.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☑ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was given a 10-day "lock-up" order loss of phone access, visits, commissary and recreation for peacefully protesting my right to legal call access per my "pro-per" status. I was restricted to my cell for 23-24 hour periods. I appealed my "lock-up" order signed by Sgt. Galovich and upheld by Sgt. A. Haynes.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I suffered extreme depression, harbored thoughts of suicide, loss of sleep, loss of appetite. Nightmares, anxiety, spells of dizzyness.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Denial to "pro-per" legal call access

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was denied access to my court order "pro-per" legal call by SRO-Hinton #718 and Deputy Carver #1055. Carver attacked me while I layed on the ground holding my legal paperwork in the air, Hinton #718 continued to deny me access to my confidential call, both chose to give me a disciplinary lock-up order and continued to deny me phone access on a daily basis. SGT. Jim Galovich continued to give direct orders to every shift to deny me confidential legal call space access per "pro-per" status order signed by Judge John P. Winn.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I suffer mental and emotional trauma, I was denied the ability to conduct my legal defense. My ribs hurt from breathing due to attack, I suffer panic attacks.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am requesting $2,500,000 for psychological, and emotional trauma and for my physical injuries. I request all parties be fined and confined by arrest to the fullest extent of the law. I request all officer be terminated from duty pensions removed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-4-22
            DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.



# SACRAMENTO COUNTY
## SHERIFF'S OFFICE
### CORRECTIONAL SERVICES GRIEVANCE FORM



**NAME (PRINT LAST, FIRST, MIDDLE):** Johnson, Khalann R.
**DATE OF BIRTH:** 10-18-90
**XREF NUMBER:** 5277975
**DATE:** 1-24-22
**INMATE SIGNATURE:** [signature]
**INMATE LOCATION:** 5-West #10
**DATE AND TIME OF INCIDENT:** 1-24-22

ONLY ONE GRIEVANCE ISSUE PER FORM for appropriate routing. Explain your grievance in the provided box only (include dates, times, and names of persons involved). You only have 5 days from the incident to submit a grievance. PREA incidents have no time limit and can be reported ANYTIME. If this grievance is disability related check this box: ☐

I have been denied access to the mobile telephone wheel unit as to conduct my daily obligated proper status legal calls due to violations of PC. AB-1550 and gross criminal negligence. Officers have claimed a lack of provision and state my "pro per rights" are a privileges are controlled by custody at their convenience and not a court order legal obligation. I am serving an unconstitutional 10 day lock-up loss of all recreation for requesting a "pro per call" and invoking my right to peaceful protest. I am being intimidated by means of torture and malice aforethought. I request the lock-up order be "voided" and I am allowed access to the mobile telephone wheel unit, and allowed access to recreation with all privileges intact i.e. visits, commissary, phone calls. I feel I am a victim to an overbearing government body it is my right to defend myself per the second fundamental constitutional law and I have the right to peacefully protest without fear of retaliation. My right to conduct legal research and preparation is being directly impeded by custody.

**This Section for Staff Use Only**

**RECEIVING INDIVIDUAL (PRINT NAME):** T. Haynes
**BADGE NO.:** 48
**DATE/TIME:** 1-24-22 / 1035

**Check one:** ☐ RESOLVED at the Staff Level    ☐ FORWARD to Supervisor level

**Response:** SEE ATTACHED

**RESPONDER (PRINT NAME):**     **BADGE NO.:**    **DATE:**    **SUPERVISOR'S SIGNATURE:**    **BADGE NO.:**    **DATE:**

**Supervisor check one:** Corrective Action Taken ☐    Denied ☐    Not Grievable ☐    Resolved ☐
**WATCH COMMANDER** N/A ☐    **BADGE NO.**    **DATE**    **ASSISTANT COMMANDER**    **BADGE NO.**    **DATE**

7400-012 (REV 9/2020)

DISTRIBUTION:
WHITE - DIVISION COPY
PINK - INMATE

**GRIEVANCE #:** 22-474

| PRIMARY INMATE NAME (PRINT LAST, FIRST, MIDDLE) | XREF NUMBER | LOCATION | DATE |
|---|---|---|---|
| Johnson, Kalann | 5277975 | 5W 310 | 1-30-2022 |

**STATEMENT OF PROBLEM:**
While speaking to you regarding grievance 22-217, you handed me this grievance and told me you wanted to appeal your discipline. I reviewed the grievance, which stated the following:
- You have been denied access to the mobile telephone for daily Pro Per phone calls.
- You are serving an unconstitutional 10 day lock up for requesting a Pro Per phone call and invoking your right to peaceful protest.
- You are being intimidated by means of malice aforethought.

**INVESTIGATION:**
On January 24, 2022, I spoke with you regarding your claim of being denied a Pro Per phone call. I also spoke with you regarding the write-up and subsequent 10-day discipline you received for violation cor.1.22 (threats toward staff), violation cor.2.02 (blocking, covering cell), and violation cor.2.17 (interfering with your cell door) (report 1028205902). During our conversation, you told me you committed these offenses as a way of protesting the fact you were denied a Pro Per phone call.

I explained to you the policy regarding Pro Per phone calls, and I told you I would look into the option of using the mobile telephone (see grievance reply 22-217). I also explained to you why you were written up for what you called a "peaceful protest" and why Sgt. Galovich found you guilty (see grievance reply 22-217). You continued to tell me you wanted to appeal your discipline.

Your additional complaint of being intimidated by means of malice aforethought has no context and, therefore, will not be investigated.

**FINDINGS:**
The Sacramento County Sheriff's Office values thorough investigations, and we take your complaint very seriously. Your complaint regarding your Pro Per phone call and discipline have been addressed in grievance reply 22-217. Your current discipline for report 1028205902 will stand.

**Check one:** Corrective Action Taken ☐   Denied ☐   Unfounded ☐   Resolved ☒

*If RESOLVED at the lowest level*

| PRINT RESPONDENT'S NAME | BADGE # | DATE | RESPONDENT'S SIGNATURE |
|---|---|---|---|
| Sgt. Haynes | 47 | 1-30-2022 | Sgt. [signature] |

*If RESOLVED at the Supervisor's level*

| PRINT SUPERVISOR'S NAME | BADGE # | DATE | SUPERVISOR'S SIGNATURE |
|---|---|---|---|
| Sgt. Haynes | 47 | 1-30-2022 | Sgt. [signature] |

| WATCH COMMANDER N/A ☐ | BADGE # | DATE | ASSISTANT COMMANDER (or Designee) | BADGE # | DATE |
|---|---|---|---|---|---|
| [signature] Knopp | 23 | 1-30-22 | Lt. B. Culp | 57 | 2/1/22 |

7400-013A (Rev 4/2021)